UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LANA L.,

                Plaintiff,                            Case No. 1:21-cv-10051

v.                                                 Honorable Thomas L. Ludington
                                                       United States District Judge

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,        Honorable Kimberly G. Altman
                                                        United States Magistrate Judge

                Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

On June 30, 2023, Magistrate Judge Kimberly G. Altman, issued a report recommending that Plaintiff's Motion for Attorney's Fees, ECF No. 25, be granted and that Plaintiff's attorney be awarded $3,000 in attorney's fees under 42 U.S.C. § 406(b). ECF No. 28. Judge Altman provided 14 days to object, but the parties did not do so. They have therefore forfeited their right to appeal Judge Altman's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). There is no clear error in the report.

Accordingly, it is **ORDERED** that Judge Altman's Report and Recommendation, ECF No. 28, is **ADOPTED**. Further, it is **ORDERED** that Plaintiff's Motion for Attorney's Fees, ECF No. 25, is **GRANTED**. Further, it is **ORDERED** that Plaintiff's Attorney is **AWARDED** attorney's fees in the amount of $3,000.

      **This is a final order**.

Dated: July 17, 2023                                                  s/Thomas L. Ludington
                                                                   THOMAS L. LUDINGTON
                                                                   United States District Judge